PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>BERNARDO TOPETE-ANGEL,<br><br>　　　　　　　Defendant. | CASE NO. 1:23-MJ-00105-EPG<br><br>STIPULATION TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME |

　　　　The parties stipulate as follows:

　　　　1.　　The complaint was issued in this district on August 24, 2023, and the defendant made his initial appearance the next day. The Court scheduled a preliminary hearing for September 8, 2023.

　　　　2.　　The government has produced initial discovery to Mr. Topete-Angel's counsel.

　　　　3.　　The parties now agree to continue the preliminary hearing until October 6, 2023. The parties agree that good cause exists for the extension because the extension is required to allow the defense reasonable time to review the discovery for preparation. The parties also agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

///

1

Finally, the parties agree that the period from August 30, 2023, through October 6, 2023, should be excluded. Fed. R. Crim. P. 5.1(d); 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

      IT IS SO STIPULATED.

Dated:  August 29, 2023                      PHILLIP A. TALBERT
                                               United States Attorney

                                               */s/ Joseph Barton*
                                               Joseph Barton
                                               Assistant United States Attorney

Dated:  August 29, 2023                      */s/ Laura Myers*
                                             Laura Myers
                                             Counsel for Bernardo Topete-Angel

1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:23-MJ-00105-EPG |
   |---|---|
12 | Plaintiff, | STIPULATION TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME |
13 | v. | |
14 | BERNARDO TOPETE-ANGEL, | |
15 | Defendant. | |

16

17

18     The Court has read and considered the parties' stipulation to continue the preliminary hearing

19 and exclude time.  The Court finds there is good cause for the continuance so as to allow the defense

20 reasonable time for preparation.  The Court also finds that the interests of justice served by granting the

21 continuance outweigh the interests of the public and the defendant in a speedy trial.  Fed. R. Crim. P.

22 5.1(d); 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

23     Therefore, for good cause shown:

24     1.     The preliminary hearing is continued from September 8, 2023, until October 6, 2023, at

25            2:00 p.m., and the defendant shall appear at that time before the Magistrate Judge on

26            duty; and

27 ///

28 ///

2. The period from August 30, 2023, through October 6, 2023, shall be excluded.

IT IS SO ORDERED.

Dated: 8/30/2023

*Sheila K. Oberto*

Honorable Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE