PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> BERNARDO TOPETE-ANGEL, <br><br> Defendant. | Case No. 1:23-cr-00188-JLT-SKO <br><br> ORDER |

Upon the parties' stipulation and for good cause shown, this case is set for an arraignment on the information, change of plea, and sentencing hearing on October 10, 2023, at 10:00 a.m., before the Honorable Jennifer L. Thurston. The preliminary hearing scheduled for October 6, 2023, is vacated. Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through October 10, 2023, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The defendant is ordered to appear on October 10, 2023 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  __September 27, 2023__                                      _____
                                                                                                 UNITED STATES MAGISTRATE JUDGE