IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:23-CR-00188-001 JLT SKO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| BERNARDO TOPETE-ANGEL | |
| Defendant. | |

The above-named defendant having been sentenced on October 10, 2023, to Time Served (48 days),

IT IS HEREBY ORDERED that the defendant shall be released forthwith. This Order does not affect any other holds or detainers.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   **October 10, 2023**

UNITED STATES DISTRICT JUDGE